James Strouse, et, al
P.O. Box 24550
Tucson, AZ. 85734

IN THE
UNITED STATES DISTRICT COURT
TUCSON DIVISION

JAMES STROUSE,
et, al
vs.
SIS MADRID
J.T. SHARTLE-WARDEN,
et, al.

CV-17-471-TUC-RCC-PSOT

FILED ___ LODGED ___
RECEIVED ___ COPY ___
SEP 29 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

MOTION TO PROCEED
IN FORMA PAUPERIS

I JAMES STROUSE, declare under penalty of perjury 28 USC § 1746 on this 21st. day, of September 2017 that I am indigent, and have 0.06¢ in my inmate trust fund account, and do not have any other income, and I am currently an inmate at USP Tucson, and petition to proceed in Forma Pauperis pursuant to § 1915 to file 28 USC § 1331, for deprivation of my Civil Rights at USP Tucson, et, al
9/21/2017

*James Strouse*
JAMES STROUSE

Page 1 of 1