# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Strouse,<br><br>            Plaintiff,<br><br>v.<br><br>Unknown Madrid, et al.,<br><br>            Defendants. | **NO. CV-18-00111-TUC-RCC**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 13, 2018,  judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

                                                                Brian D. Karth
                                                                District Court Executive/Clerk of Court

June 13, 2018

                                                                s/ Becky Ruiz
                                                        By    Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28